UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIA DEAN BESSARD | CASE NO. 6:21-CV-01876 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U.S. COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge, previously filed herein, and after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the Commissioner's decision is REVERSED, and this matter is REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1] More particularly, the Commissioner is instructed to again evaluate the claimant's residual functional capacity and whether claimant is disabled. The claimant should be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

THUS DONE in Chambers on this 16th day of May, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE

---

[1] A fourth sentence remand constitutes a final judgment that triggers the filing period for an EAJA fee application. *Shalala v. Schaeffer*, 509 U.S. 292 (1993); *Freeman v. Shalala*, 2 F.3d 552, 553 (5th Cir. 1993).